IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01218-MSK-BNB

VILMA CISNEROS,

        Petitioner,

v.

ALBERTO GONZALES, Attorney General,

        Respondent.

_____

**OPINION AND ORDER DISMISSING ACTION**
_____

        **THIS MATTER** comes before the Court *sua sponte*.

        The Petitioner, an alien, commenced this action on June 11, 2007, under 28 U.S.C. § 2241, seeking a stay of proceedings to effectuate her removal to El Salvador. In an Order to Show Cause dated June 13, 2007, this Court denied a stay of removal proceedings and ordered the Petitioner to show cause why the case should not be dismissed. Specifically, the Court found that the Plaintiff failed to adequately allege that her removal, were it to occur, would violate the Constitution or laws of the United States. The Court granted the Petitioner 10 days within which to "file an Amended Petition setting forth facts giving rise to a cognizable claim for *habeas* relief or otherwise **SHOW CAUSE** why the Petition should not be dismissed for failure to state a claim."

        The time period set forth in the Court's Order to Show Cause has expired, and the Petitioner has neither filed an Amended Petition, nor shown cause why the Court's prior

assessment of her Petition as defective was somehow in error. Accordingly, for the reasons stated in the Order to Show Cause, the Court finds that, on the face of the Petition, the Petitioner has not shown that she is in custody "in violation of the Constitution or laws of the United States." 28 U.S.C. § 2241(c)(3). It appearing from the Petition that the Petitioner is not entitled to *habeas* relief, the Petition is **DENIED** without prejudice. The Clerk of the Court shall close this case.

Dated this 19th day of July, 2007

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge